UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff-Appellee<br><br>    v.<br><br>DANIEL LOPEZ ENRIQUEZ,<br><br>         Defendant-Appellant | Case No. 2:19-cr-00007-CDS-NJK<br><br>USCA Case No. 22-10332<br><br>**ORDER APPOINTING COUNSEL** |

Pursuant to the Order filed January 3, 2023 by the Ninth Circuit Court of Appeals directing the appointment of counsel for Appellant, IT IS HEREBY ORDERED that JAMES I. HOFFMAN is appointed to represent DANIEL LOPEZ ENRIQUEZ for his appeal. Contact information for appellate counsel appears below:

James I Hoffman
PO Box 231246
Las Vegas, NV 89105
702-483-1816
EMAIL: jim.hoffman.esq@gmail.com

Former counsel, Randall Roske, is directed to forward the case file to Mr. Hoffman forthwith.

The Clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

DATED: January 9, 2023

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE